# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY, ET AL., | CASE NO.: 3:23-cv-00065 |
| *Plaintiffs,* | JUDGE: Walter H. Rice |
| v. | **STIPULATION OF DISMISSAL** |
| ALI INDUSTRIES, LLC | Pursuant To Fed.R.Civ.P. 41(a)(1)(A)(ii) |
| *Defendant.* | Of All Claims and All Parties |

Pursuant to Federal Rule of Civil Procedure 41(a)(1(A)(ii), Plaintiffs Depositors Insurance Company and AMCO Insurance Company and Defendant Ali Industries, Inc. stipulate that Plaintiffs may voluntarily dismiss this matter without prejudice. Notice by the Clerk is waived.

Respectfully submitted,

/s/ Gregory E. O'Brien
Gregory E. O'Brien (0037073)
CAVITCH, FAMILO & DURKIN CO., LPA
1300 East Ninth Street, 20th Floor
Cleveland, OH 44114
Tel. 216-621-7860
Fax 216-621-3415
Email: gobrien@cavitch.com
*Attorney for Plaintiffs*

/s/ Alexander B. Reich
Alexander B. Reich
KALISH LAW FIRM
1468 West Ninth Street, Suite 405
Cleveland, OH 44113
Tel. 216.502.0570
Fax 216.502.0569
Email: areich@kalishlawllc.com
*Attorney for Defendant*

**IT IS SO ORDERED:**

*/s/ Walter H. Rice*
**JUDGE Walter H. Rice**